PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

**September 22, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE _NORTHERN_ DISTRICT OF TEXAS
_LUBBOCK,_ DIVISION

DAVID WASHINGTON # 765851
Plaintiff's Name and ID Number

BILL CLEMENTS UNIT
Place of Confinement

CASE NO. **5:22-cv-241-C**
(Clerk will assign the number)

v. SENIOR WARDEN ADAM GONZALES
9601 SPUR 591, AMARILLO. TEXAS 79107
Defendant's Name and Address
ASSISTANT WARDEN JOE TOVAR
9601 SPUR 591, AMARILLO. TEXAS 79107
Defendant's Name and Address
PMHNP-BRANDY LESLIE
9601 SPUR 591, AMARILLO. TEXAS 79107
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be underlined legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?___YES___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

           Plaintiff(s) *DAVID LEE WASHINGTON* #765851

           Defendant(s) *ADAM GONZALES, JOE TOVAR, BRANDY LESLIE*

        3. Court: (If federal, name the district; if state, name the county.) LUBBOCK

        4. Cause number:_____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition:_____

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: BILL CLEMENTS UNIT

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: DAVID LEE WASHINGTON #765851 BILL CLEMENTS UNIT, 9601 SPUR 591, AMARILLO. TEXAS 79107.

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: ADAM GONZALES, SENIOR WARDEN, BILL CLEMENTS UNIT, 9601 SPUR 591, AMARILLO. TEXAS 79107.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

FELL TO TAKE PROPER ACTION

Defendant #2: JOE TOVAR, ASSISTANT WARDEN, BILL CLEMENTS UNIT, 9601 SPUR 591, AMARILLO. TEXAS 79107.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

FELL TO TAKE PROPER ACTION

Defendant #3: BRANDY LESLIE, PMHNP, BILL CLEMENTS UNIT, 9601 SPUR 591, AMARILLO. TEXAS 79107.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

FELL TO TAKE PROPER ACTION

Defendant #4: MR. DUNLAP, — BILL CLEMENTS UNIT, 9601 SPUR 591, AMARILLO. TEXAS 79107.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

FELL TO TAKE PROPER ACTION

Defendant #5: MENTAL HEALTH MANAGER, BILL CLEMENTS UNIT, 9601 SPUR 591, AMARILLO. TEXAS 79107.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

FELL TO TAKE PROPER ACTION

Rev. 05/15

To Mental Health

ccizil

# ꟷEP 1     **OFFENDER GRIEVANCE FORM**

David Washington    TDCJ # 765851

Clements   Housing Assignment: 4E-11-B

ꟷere incident occurred: Bill Clements

**OFFICE USE ONLY**

Grievance #: 2020165380

Date Received: AUG 17 2020

Date Due: 9-26-20

Grievance Code: 815

Investigator ID #: I 2186

Extension Date: _____

Date Retd to Offender: SEP 25 2020

ꟷou must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _____ Sgt. _____ When August 13, 2020

What was their response? _____ Write a Grievance _____

What action was taken? _____ None _____

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

To whom it may concern,
On August 13, 2020 and at the location 4 building E Pod one section at 5:45 p.m. CO Mr. Scala, et c are sharing sensitive information surrounding my criminal conviction with these offenders. They are calling me the following names, Washington child molester out of Lubbock, Washington B.O.B., etc with these offenders. They are being unprofessional and their behaviors jeopardizes my life and safety!

**Action Requested to resolve your Complaint.**

*That they make me single cell, etc.*

**Offender Signature:** *David Washington*                              **Date:** *August 14, 2020*

**Grievance Response:**

*Your complaint has been investigated and findings reviewed. Staff denied your allegation of sharing your personal information or acting unprofessional. No evidence was found to support your claim of staff misconduct. No further action is warranted.*

**Signature Authority:** *Joe Tovar, Assistant Warden*                  **Date** *SEP 24 2020*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     ***Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

**I-127 Back** (Revised 11-2010)

*RECEIVED DEC 15 2021 DEPUTY DIRECTOR HEALTH SERVICES DIVISION* (stamp)

| **OFFICE USE ONLY** | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2ⁿᵈ Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3ʳᵈ Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**

To Mental Health

cc: ₹6

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: _Davel Washington_ TDCJ # _765851_

Unit: _Bill Clements_ Housing Assignment: _4E-11-B_

Unit where incident occurred: _Bill Clements_

**OFFICE USE ONLY**

Grievance #: _2020165380_

UGI Recd Date: _Oct 01 2020_

HQ Recd Date: _Oct 05 2020_

Date Due: _11-10_

Grievance Code: _815_

Investigator ID#: _I7725_

Extension Date: _12-20_

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

The same on step one grievance continues to accure day and night on a regular basises, CO Lamb, CO Lemor, CO Volgel, CO Koroma, etc. They are calling me the following names Washington out of Lubbock a real child molester, Washington a real sex offender, etc with the offenders. I don't know if to instigate confrontation between me and other offenders. There conduct jeopardices my safety and life. And the movie that has been published about my criminal conviction case and my family. I have recieved threats by offenders and officers, etc. This movie has cost me my indinity, name, family and friends. I'm suffering from depression, anxiety attacks, etc.

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

_____
_____
_____
_____

**Offender Signature:** David Washington                    **Date:** October 1, 2020

**Grievance Response:**

Your allegations of staff misconduct or policy violation have been investigated. After reviewing all written statements and records this office has found no evidence to support your allegations. No further action is warranted by this office.

**Signature Authority:** J. Riley J. Riley                    **Date:** October 1, 2021

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

RECEIVED
DEC 15 2021
DEPUTY DIRECTOR
HEALTH SERVICES DIVISION

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened  ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened  ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened  ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

November 4, 2021

Dear Dr. Lennette & Linthicum Dir's,

I'm in need of your assistance if at utmost possible please! This on these grievances been going on over 23 years. I've had to fight most of my cellies because of it I'm tired. I need to be single celled. But I need your help getting a single cell restriction please! If you don't mind will you look into this matter. And help me get single cell, and a single cell restriction please! I would appreciate your assistance in this matter as soon as possible please! Thank you for your time and concern.

Sincerely,
David Washington #765851
Bill Clements Unit
9601 Spur 591
Amarillo, Texas 79107

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

LIFE ENDANGERMENT, MENTAL ANGUISH, TDCJ-ID BILL CLEMENTS UNIT, AUGUST 13, 2020, OCTOBER 1, 2021. PMHNP-BRANDY LESLIE, MR. DUNLAP, SENIOR WARDEN-ADAM GONZALES, ASSISTANT WARDEN-JOE TOVAR, MENTAL HEALTH MANAGER, MENTAL HEALTH CASE MANAGER, MENTAL HEALTH CLINICIAN, ETC. FELL TO TAKE PROPER ACTION.

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. LIFE TIME HEALTH INSURANCE FOR ME MY KID'S AND GRANDKID'S FOR LIFE. ALL MY KID'S AND GRANDKID'S GET A MONTHLY CHECK FROM TDCJ-ID AND A WEEKLY CHECK. AND PAY ME $75 BILLION DOLLARS. AND 24 HOUR SECURITY AROUND MY HOME. AND A PARDON TO CARRY A GUN.

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

DAVID LEE WASHINGTON

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#765851

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ____NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning was issued: _____

Executed on: _____
        DATE

DAVID LEE WASHINGTON
*David Lee Washington*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____15____ day of ____SEPTEMBER____, 20 22 .
      (Day)        (month)      (year)

DAVID LEE WASHINGTON
*David Lee Washington*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Darrel Washington #1765851
Semb. Connally unit
899 FM 632
Kenedy, Texas 78119

Legal Mail

RECEIVED
SEP ?? 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. District Court
Northern District of Texas
1205 Texas ave. Room 209
Lubbock, Texas 79401