IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| DAVID WASHINGTON, Institutional ID No. 765851 | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:22-CV-00241-C |
| ADAM GONZALES, et al., | § § § § | |
| Defendants. | § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint is dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g).

Dated October 11, 2022.

_____
SAM R. CUMMINGS
Senior United States District Judge